UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Tramaine Jenero Langley**                              Docket No. 4:02-CR-11-1H

**Petition for Action on Supervised Release**

COMES NOW Melissa K. Gonigam, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Tramaine Jenero Langley, who, upon an earlier plea of guilty to Armed Bank Robbery, in violation of 18 U.S.C. § 2113(a) & (d), and Brandishing a Firearm During and in Relation to a Crime of Violence, in violation of 18 U.SC. § 924(c)(1)(A)(ii), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on January 27, 2003, to the custody of the Bureau of Prisons for a term of 162 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

On September 5, 2018, a Motion for Revocation was filed with the court alleging the defendant committed the offenses of Possession of Marijuana Up to ½ Ounce and Speeding (18CR702670) and Driving While Impaired (18CR51413) in Beaufort County, North Carolina. At the defendant's revocation hearing on October 10, 2018, the court found that the defendant violated his terms of supervision. It was ordered that the defendant be committed to the Bureau of Prisons for a period of 1 day. It was further ordered that the defendant be placed on supervised release for a period of 2 years and abstain from using alcohol beverages.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On November 2, 2018, the undersigned officer received notification from an investigator with the Beaufort County Sheriff's Office, advising that Langley was residing with his girlfriend, Tia Moore, at her residence at 218 Baker Drive. Ms. Moore is on probation through the North Carolina Department of Public Safety, and is therefore subject to search. During a search of Ms. Moore's property, local law enforcement confirmed that Langley was residing with her, and provided photographic evidence to the undersigned officer. Langley did not disclose this law enforcement contact. When confronted with these violations on November 16, 2018, Langley admitted he has been staying with his girlfriend regularly, and that he did have contact with law enforcement. Therefore, as a sanction for violation conduct, it is respectfully recommended that the defendant be placed on a curfew and be required to complete a cognitive behavioral program.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

2. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to their residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

**Tramaine Jenero Langley**
**Docket No. 4:02-CR-11-1H**
**Petition For Action**
**Page 2**

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dwayne K. Benfield<br>Dwayne K. Benfield<br>Supervising U.S. Probation Officer | /s/ Melissa K. Gonigam<br>Melissa K. Gonigam<br>U.S. Probation Officer<br>200 Williamsburg Pkwy, Unit 2<br>Jacksonville, NC 28546-6762<br>Phone: (910) 346-5103<br>Executed On: November 19, 2018 |

## ORDER OF THE COURT

Considered and ordered this 20th day of November, 2018, and ordered filed and made a part of the records in the above case.

_____
Malcolm J. Howard
Senior U.S. District Judge